**Order filed December 16, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00518-CV
_____

## IN THE INTEREST OF W.B. AND M.B., CHILDREN

On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2015-12677

## ORDER

Appellant's brief was due November 12, 2021. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before December 30, 2021, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.